1052

[No. 35310-1-I.    Division One.    November 20, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v.
VARINDER SINGH KHAIRA, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 94-8-04446-1, Jack Richey, J., entered September 23, 1994. *Dismissed* by unpublished per curiam opinion.

[Nos. 35312-8-I; 36498-3-I.   Division One.   November 20, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM
J. NIELSEN, *Appellant*.

*In the Matter of the Personal Restraint Petition of*
WILLIAM J. NIELSEN, *Petitioner*.

Appeal from a judgment of the Superior Court for King County, No. 94-8-01846-1, Steven G. Scott, J., entered August 26, 1994. Judgment *reversed* and petition *dismissed* by unpublished per curiam opinion.

[No. 35695-0-I.    Division One.    November 20, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. KEVIN
ALLEN SHEPARD, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 94-8-05964-7, Marilyn R. Sellers, J., entered November 23, 1994. *Dismissed* by unpublished per curiam opinion.

[No. 36294-1-I.    Division One.    November 20, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSEPH
AGEE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 94-1-06714-8, James D. McCutcheon, Jr., J., entered March 15, 1995. *Remanded* by unpublished per curiam opinion.